FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2017 AUG 24 PM 1: 29

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DONALD BAUERMEISTER,

Defendant.

8:17CR 256

INDICTMENT
21 U.S.C. § 846

The Grand Jury charges that

## COUNT I

Beginning on or about November, 2016, and continuing to on or about January 9, 2017, in the District of Nebraska and elsewhere, Defendant, DONALD BAUERMEISTER, did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute approximately 13 pounds of a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
MICHAEL P. NORRIS, #17765
Assistant U.S. Attorney

1